IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | No. **4:10-CR-00220-DPM** |
| | ) | |
| ERRICK LARON RACY | ) | |

**MOTION TO SUBSTITUTE**

COMES NOW the defendant, Errick Laron Racy, by and through his attorney, Christopher M. Nolen, and, for his Motion to Substitute, states that:

1. The defendant has previously been appointed counsel, namely Mr. Stuart Vess.

2. The defendant has subsequently retained the Law Office of Christopher M. Nolen, PLLC to represent him in this matter.

3. The defendant requests that Christopher M. Nolen be substituted as his attorney of record.

4. Mr. Stuart Vess should be relieved as counsel for the defendant and from any further responsibility in this case.

WHEREFORE, the defendant prays that his Motion to Substitute be granted, that Christopher M. Nolen be substituted as his attorney of record, that the prior counsel be relieved from further responsibility in the case, and for all other relief to which he my be entitled.

Respectfully submitted,
The Law Office of Christopher M. Nolen, PLLC
221 West 2nd Street, Suite 722
Little Rock, AR 72201
Telephone 501.529.1234
Facsimile  501.421.8456
cmn@nolenlaw.com

/s/ Christopher M. Nolen

———————————————————
By: CHRISTOPHER M. NOLEN
Arkansas Bar #: 2007222

## CERTIFICATE OF SERVICE

    I hereby certify that on October 12, 2010, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, thereby sending notification of such filing to all parties associated with the case in the CM/ECF system.

/s/ Christopher M. Nolen

———————————————————
CHRISTOPHER M. NOLEN
 Attorney for Defendant