## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                        PLAINTIFF

V.                       CASE NO. 4:10-CR-220-01-DPM

ERRICK LARON RACY                                               DEFENDANT

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

Comes Lott Rolfe, IV, and for his motion to withdraw as counsel of record states:

1. That the Defendant is appealing his sentence from the judgment that was entered on January 10, 2012. Counsel has formally filed a Notice of Appeal on behalf of the Defendant on January 18, 2012.

2. Defendant previously retained Counsel to represent him in the current case. The cost of his legal representation did not include the additional costs if he desired to appeal his conviction.

3. The Defendant was sentenced to one hundred and twenty (120) months in the Bureau of Prisons. Due to Defendant's incarceration, he is unable to secure monetary funds to continue the current representation on appeal and he is unable to pay the costs and fees associated with an appeal. It is Counsel's understanding that at the sentencing hearing on December 15, 2011, the Court declared the Defendant to be indigent for purposes of appeal.

4. Due to Defendant's inability to pay, Counsel requests that he be allowed to formally withdraw as counsel of record, that the Defendant be declared indigent, and that new Counsel be appointed to represent the Defendant for purposes of appeal.

5. If the Court is not inclined to allow Counsel to withdraw, then Counsel is still requesting that Defendant formally be declared indigent and that Counsel be formally appointed to represent him for purposes of appeal.

WHEREFORE, Counsel prays that he be allowed to withdraw as counsel of record, or, in the alternative, that the Defendant be formally declared indigent and that Counsel be appointed to represent him on appeal.

Respectfully submitted,

/s/ Lott Rolfe, IV_____
Lott Rolfe, IV
Attorney for the Defendant
1920 North Main, Suite 107
North Little Rock, AR  72114
(501) 604-4530
Arkansas Bar No.:  97102

## CERTIFICATE OF SERVICE

I, Lott Rolfe, IV, do hereby certify that I have served a copy of the above and foregoing pleading upon the United States Attorney's Office, Post Office Box 1229, Little Rock, AR  72203-1229, by electronic mail on this 18th day of January, 2012.

/s/Lott Rolfe, IV_____
Lott Rolfe, IV